UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARILYN ROSE CONTRERAS,<br><br>                    Petitioner,<br><br>          v.<br><br>UNKNOWN,<br><br>                    Respondent. | Case No.  20-cv-03854-VC  (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On June 11, 2020, petitioner Marilyn Rose Contreras, a federal prisoner incarcerated at the Federal Correctional Institute in Dublin, California, submitted a document that was labeled an emergency petition for a writ of habeas under 28 U.S.C. § 2241.  The document merely states that Contreras has medical conditions of migraines, arthritis and psoriasis and that she will be living with her 24 year old daughter and her two little girls, 8-12 years old, at an address in Provo, Utah.

On June 11, 2020, the clerk sent Contreras two notices: (1) that her petition was incomplete; and (2) that she had not submitted the required application to proceed in forma pauperis or paid the $5.00 filing fee.  The notice about the petition included a blank petition form, instructions on how to fill it out and a postage-paid return envelope.  The notice stated that if Contreras did not submit a completed petition within 28 days, her case would be dismissed. The notice about the in forma pauperis application included a blank application form and a postage-paid return envelope.  The notice stated that if Contreras did not submit the completed application or pay the $5.00 filing fee within 28 days, her case would be dismissed.

More than 28 days have passed and Contreras has not submitted a petition, an in forma

pauperis application, the filing fee or communicated with the court in any manner.

Therefore, this case is dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated:  September 15, 2021

_____
VINCE CHHABRIA
United States District Judge